A CERTIFIED TRUE COPY
ATTEST

By Delora Davis on Sep 16, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

Sep 01, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

C 10-3714 WHA

(SEE ATTACHED SCHEDULE)

FILED
SEP 21 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CONDITIONAL TRANSFER ORDER (CTO-339)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 85,362 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 16, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

TRUE COPY CERTIFIED TO FROM THE RECORD
DATED    9-17-10
ATTEST:    Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                            MDL No. 875

## SCHEDULE CTO-339 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 3 | 10-8092 | Samuel Martin v. Burlington Northern & Sante Fe Railway Co., et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 10-3329 | Theresa Hinkle, et al. v. A.W. Chesterton Co., Inc., et al. |
| CAN | 3 | 10-3371 | Joy Stevens, et al. v. A.W. Chesterton Co., et al. |
| CAN | 3 | 10-3382 | Elizabeth Taylor, et al. v. General Electric Co., et al. |
| CAN | 3 | 10-3468 | Thomas O. Morris v. Crown Cork & Seal Co., Inc., et al. |
| CAN | 3 | 10-3714 | Billy Goss v. Armstrong International, Inc., et al. |
| **CONNECTICUT** | | | |
| CT | 3 | 10-846 | Lenore Waddington, etc. v. Air & Fluid Corp., et al. |
| CT | 3 | 10-953 | William Turner v. General Electric Co., et al. |
| CT | 3 | 10-965 | Alberta F. Houlihan v. General Electric Co., et al. |
| CT | 3 | 10-1003 | Rudolph Bigda, et al. v. Air & Liquid Systems Corp., et al. |
| CT | 3 | 10-1004 | Mario Zerbarini, et al. v. Air & Liquid Systems Corp., et al. |
| CT | 3 | 10-1005 | Joyce Batchelder, etc. v. Air & Liquid Systems Corp., et al. |
| CT | 3 | 10-1055 | Loring Bailey v. General Electric Co., et al. |
| **FLORIDA SOUTHERN** | | | |
| ~~FLS~~ | ~~1~~ | ~~10-22891~~ | ~~Gale Lyautey, et al. v. Alfa Laval, Inc., et al.~~ Opposed 9/16/10 |
| **GEORGIA SOUTHERN** | | | |
| GAS | 5 | 10-75 | Gloria F. Johns, et al. v. CSX Transportation, Inc. |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 10-4145 | Pauline A. Love, et al. v. A.W. Chesterton Co., et al. |
| **NEW JERSEY** | | | |
| ~~NJ~~ | ~~3~~ | ~~10-4299~~ | ~~Julia Denny v. Benjamin Foster Co., et al.~~ Opposed 9/13/10 |
| **TENNESSEE EASTERN** | | | |
| ~~TNE~~ | ~~3~~ | ~~10-358~~ | ~~Robert W. Millsaps, et al. v. Aluminum Co. of America, et al.~~ Opposed 9/14/10 |